UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-------------------------------------------------------X

CARLOS RUIZ FLOREZ,

        Plaintiff,

-against-

OR 7 DUNHAM, LLC and
LE BIRD LLC,

        Defendants.

-------------------------------------------------------X

Case No: 1:24-cv-05213-FB-CLP

## STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P 41(a)(1)(A)(ii)

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, attorneys of record for the respective parties appearing in the above-captioned action, that pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, all the claims asserted or could have been asserted in the above-captioned action as to LE BIRD LLC are hereby voluntarily dismissed with prejudice and without costs, fees, or expenses to any party.

Dated: New York, New York
      November 27, 2024

By: *Joseph Dimitrov*

Joseph Dimitrov (JD5546)
Litchfield Cavo LLP
420 Lexington Avenue, Suite 2104
New York, NY 10170
(212) 434-0100
Dimitrov@litchfieldcavo.com
*Attorney for Defendant*
*LE BIRD LLC*

By: *Jennifer Tucek*

Jennifer E. Tucek, Esq.
Law Office of Jennifer Tucek, PC
614 Lexington Avenue
New York, NY 10022
(917) 669-6991
TucekLaw@Gmail.com
*Attorney for Plaintiff*